THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID BJORN HOLLINGER, :
:
        Plaintiff, :
                                        :       3:17-CV-522
v.                                      :       (JUDGE MARIANI)
                                        :
NANCY A. BERRYHILL, :
ACTING COMMISSIONER OF :
SOCIAL SECURITY, :
                                        :
        Defendant. :

## ORDER

AND NOW, THIS __16th__ DAY OF APRIL, 2018, upon review of Magistrate Judge

Saporito's Report & Recommendation (Doc. 15) for clear error or manifest injustice,[1] **IT IS**

**HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 15) is **ADOPTED** for the reasons discussed

   therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

                                                Robert D. Mariani
                                                United States District Judge

---

[1] The Government advised the Court that it waives the opportunity to object to this Report and
Recommendation. (*See* Doc. 16).